IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY W. McWILLIAMS | |
| Plaintiff, | No. 3:12-CV-431 |
| v. | (JUDGE CAPUTO) |
| WARDEN P. BLADEN, | (MAGISTRATE JUDGE MANNION) |
| Defendant | |

## ORDER

**NOW** this 3rd day of May 2012, upon review of Magistrate Judge Mannion's Report and Recommendation (Doc. 10) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 10) is **ADOPTED**.

(2) Plaintiff's Complaint (Doc. 1) is **DISMISSED**.

(3) Plaintiff's Motion to Appoint Counsel (Doc. 9) is **DENIED**.

(4) The Clerk of Court is ordered to mark this matter as **CLOSED**.

A. Richard Caputo
United States District Judge